IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.41.204.180

**ISP:** Verizon Internet Services
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/20/2018 22:31:19 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 08/20/2018 22:31:05 | 0E6127F9B2DFB3D21B9D992387D8AC1406AE9AE6 | Rock Me All Night Long |
| 07/11/2018 22:41:44 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 07/11/2018 22:38:44 | FE9723DCA5FAB9D588827FA6166C6D5B01687500 | Sunset Love |
| 07/11/2018 22:37:59 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 07/11/2018 22:35:31 | 720964A0434D6BB936397749919311B3149C4901 | When You Least Expect It |
| 07/11/2018 22:28:25 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |
| 07/11/2018 22:11:17 | CCD7166A29D274E9DA863410B3F4303A22127113 | Porcelain Doll |
| 07/11/2018 21:56:23 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 07/11/2018 21:53:12 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 07/11/2018 21:48:34 | 86E0848E1139DA2D87AFB0EADB7FE2D081F72013 | Hot and Wet |
| 07/11/2018 21:43:58 | 703319829B0DC0B50836676E34D8A0AABB6902E4 | Purely Passionate |
| 07/11/2018 21:38:02 | F64575E3211F34A4AF52BC05950A7511B180ACC4 | Lust At First Sight |

**Total Statutory Claims Against Defendant: 13**