AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 18-cv-08690-KPF    DATE FILED: 9/23/2018 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
| PLAINTIFF | DEFENDANT |
| Malibu Media, LLC | John Doe subscriber assigned IP address 108.41.204.180 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☑ No | 2/4/2019 |
| CLERK | (BY) DEPUTY CLERK | DATE |
| Ruby J. Krajick | s/K.Mango | 2/4/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 108.41.204.180<br><br>      Defendant. | Civil Action No. 1:18-cv-08690-KPF |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 108.41.204.180. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 4, 2019

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq. (KC3347)
80 Red Schoolhouse Road
Suite 110
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <em>Kevin T. Conway</em>

**Copyrights-In-Suit for IP Address 108.41.204.180**

**ISP:** Verizon Internet Services
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Virtual Girlfriend | PA0002093285 | 10/13/2017 | 11/07/2017 | 08/20/2018 |
| Rock Me All Night Long | PA0002093287 | 10/18/2017 | 11/07/2017 | 08/20/2018 |
| The Morning After | PENDING | 06/29/2018 | 07/03/2018 | 07/11/2018 |
| Sunset Love | PENDING | 06/16/2018 | 07/03/2018 | 07/11/2018 |
| Two Gentlemen and A Lady | PENDING | 06/09/2018 | 07/03/2018 | 07/11/2018 |
| When You Least Expect It | PENDING | 06/23/2018 | 07/03/2018 | 07/11/2018 |
| Our Lucky Day | PENDING | 07/06/2018 | 07/17/2018 | 07/11/2018 |
| Porcelain Doll | PA0002093330 | 10/01/2017 | 11/07/2017 | 07/11/2018 |
| Afternoon Rendezvous | PENDING | 05/21/2018 | 06/05/2018 | 07/11/2018 |
| Lingerie Birthday Surprise | PA0002116044 | 04/06/2018 | 05/01/2018 | 07/11/2018 |
| Hot and Wet | PA0002100520 | 01/06/2018 | 01/11/2018 | 07/11/2018 |
| Purely Passionate | PA0002103843 | 01/13/2018 | 02/01/2018 | 07/11/2018 |
| Lust At First Sight | PENDING | 07/04/2018 | 07/17/2018 | 07/11/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

SNY479